**No. P67/336.**—Service Cycle Supply Corp. *v.* United States, protests 66/13851, etc. (New York).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of padlocks over 1.5 inches but not over 2.5 inches in width similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.